JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JORGE RODRIGUEZ-ROJAS,

                    Petitioner,

        v.

MARK BOWEN,

                    Respondent.

Case No. 5:26-cv-01951-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count Three.

The remaining three claims for relief are dismissed without prejudice.

DATED: April 30, 2026

_Patricia Donahue_
_____
Patricia Donahue
United States Magistrate Judge